UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LAM VI QUAN,<br><br>             Plaintiff,<br><br>      v.<br><br>WILLIAM P. BARR, et al.,<br><br>             Defendants. | Case No. 20-cv-08118-LB<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 1 |

Lam Vi Quan, a citizen of Vietnam, is in the custody of the U.S. Immigration and Customs Enforcement ("ICE").[1] He filed this action for a writ of habeas corpus under 28 U.S.C. § 2241. *See* 28 U.S.C. § 2243.

The court may entertain a petition for writ of habeas corpus under 28 U.S.C. § 2241 to review a bond hearing determination for constitutional claims and legal error. *Singh v. Holder*, 638 F.3d 1196, 1200–01 (9th Cir. 2011). "[A]lthough the Attorney General's discretionary judgment . . . shall not be subject to review, claims that the discretionary process itself was constitutionally flawed are cognizable . . ." *Id*. at 1202. Because here the petitioner claims his bond denial was

---

[1] Pet. – ECF No. 1. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 20-cv-08118-LB

United States District Court
Northern District of California

1  legally erroneous and unconstitutional, this court has jurisdiction. A district court must "award the
2  writ or issue an order directing the respondent to show cause why the writ should not be granted,
3  unless it appears from the application that the applicant or person detained is not entitled thereto."
4  28 U.S.C. § 2243.

5  Upon review of the petition, the court cannot say that the claims are patently without merit.
6  The respondents must respond to those claims.

7  The court orders the United States to respond by December 14, 2020 (in the form of an answer
8  under Rule 5 of the Rules Governing Section 2254 Cases), showing cause why a writ of habeas
9  corpus should not be issued. Mr. Quan's traverse is due December 28, 2020.

10 The parties can alter this schedule by stipulation, and if they have disagreements, can submit a
11 joint statement with those disagreements within seven day from the date of this order.

13 **IT IS SO ORDERED.**

14 Dated: November 23, 2020

_____
LAUREL BEELER
United States Magistrate Judge